170 A.3d 321

EILEEN LIDDELL, PLAINTIFF, v. THOMAS L. LIDDELL, DEFENDANT–PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005446–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 321

I'ASIA MORELAND, PLAINTIFF–MOVANT, v. WILLIAM PARKS, ET AL., DEFENDANTS–RESPONDENTS.

July 10, 2017

ORDER

It is ORDERED that the motion for leave to appeal is granted limited to the issue of whether plaintiff may pursue her claims for negligent infliction of emotional distress under *Portee v. Jaffee*, 84 *N.J.* 88, 417 *A.*2d 521 (1980). The matter is summarily remanded to the Superior Court, Appellate Division, to consider that issue on the merits. Jurisdiction is not retained.